NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TASER INTERNATIONAL, INC.,**
*Plaintiff-Appellee*

**v.**

**PHAZZER ELECTRONICS, INC.,**
*Defendant-Appellant*

**STEVEN ABBOUD,**
*Sanctioned Party*

---

2018-2059

---

Appeal from the United States District Court for the Middle District of Florida in No. 6:16-cv-00366-PGB-KRS, Judge Paul G. Byron.

---

## JUDGMENT

---

PAMELA BETH PETERSEN, Axon Enterprise, Inc., Scottsdale, AZ, argued for plaintiff-appellee.

JOSEPH A. DAVIDOW, Willis & Davidow, LLC, Naples, FL, argued for defendant-appellant.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| July 23, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |